AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

### for the

District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 1 1 2016

MATTHEW J. DYKMAN
CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 16 mj 98 |
| | ) | |
| Ricardo Raul MURRIETTA-ROMERO | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____1/10/2016_____ in the county of __Bernalillo__ in the __Judicial__ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1), (b)(1)(A) | Possession of more than one kilogram of Heroin With Intent to Distribute |

This criminal complaint is based on these facts:

        \*\*\*   SEE ATTACHED AFFIDAVIT   \*\*\*

☑ Continued on the attached sheet.

_____
*Complainant's signature*

S/A Jarrell W. Perry, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____1/11/2016_____

_____
*Judge's signature*

City and state: __Albuquerque, New Mexico__

Laura Fashing, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

On January 10, 2016, Drug Enforcement Administration (DEA) Special Agent (S/A) Jarrell W. Perry was at the Greyhound Bus Station in Albuquerque, New Mexico when the eastbound Greyhound Bus arrived for its regularly scheduled stop in Albuquerque, New Mexico. The eastbound Greyhound Bus was running late and S/A Perry walked into the Greyhound Bus Station.

S/A Perry approached a male, who was later identified as Ricardo Raul MURRIETTA-ROMERO, who was sitting inside of the Greyhound Bus Station. S/A Perry displayed his DEA badge to MURRIETTA-ROMERO, identified himself as a police officer to MURRIETTA-ROMERO, asked for and received permission to speak with MURRIETTA-ROMERO.

After a short conversation, S/A Perry asked MURRIETA-ROMERO if he had any luggage with him. MURRIETTA-ROMERO identified a black colored suitcase that was sitting in the floor beside him as belonging to him. S/A Perry asked for and received permission from MURRIETTA-ROMERO to search his black suitcase for contraband. A consensual search of MURRIETTA-ROMERO's black suitcase revealed various oblong shaped, hard-like bundles concealed inside of a shirt and white colored socks.

S/A Perry immediately knew from his experience that the oblong shaped, hard-like bundles were consistent with illegal narcotics. S/A Perry handcuffed MURRIETTA-ROMERO, thus placing him under arrest. S/A Perry opened up the white colored socks from MURRIETTA-ROMERO's suitcase, which revealed an oblong shaped, hard-like bundle wrapped in aluminum foil and brown tape.

MURRIETTA-ROMERO was transported to the DEA ADO. At the DEA ADO, S/A Perry removed a total of five oblong shaped, hard-like bundles and one round shaped, hard-like bundle from MURRIETTA-ROMERO's black suitcase. S/A Perry weighed the six bundles, for a total weighed of approximately 5.45 gross kilograms (12.208 gross pounds). S/A Perry knew that based upon his training and experience that this is an

amount that is consistent with distribution rather than personal use.  S/A Perry cut into the three of the bundles, which revealed a brown colored substance, which field-tested positive for the presence of heroin.

At the DEA ADO, S/A Maestas, in the Spanish language, read MURRIETTA-ROMERO his Miranda rights, per 13a.  MURRIETTA-ROMERO waived his Miranda rights and agreed to answer questions.  MURRIETTA-ROMERO said that he believed he was transporting four bundles of crystal methamphetamine and was to be paid $4,000.00 for transporting and delivering the crystal methamphetamine to Denver, Colorado.

This affidavit is submitted for the limited purpose of providing probable cause to support the attached criminal complaint.

Jarrell W. Perry
Special Agent
Drug Enforcement Administration

United States Magistrate Judge